**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenneth Poon MAH, Defendant–Appellant.**

**No. 10–50568.**

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 23, 2011.

Joseph S. Green, Assistant U.S. Attorney, Bruce R. Castetter, Assistant U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Barbara Donovan, Donovan & Donovan, San Diego, CA, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Kenneth Poon Mah appeals from the 60–month sentence imposed following his guilty-plea conviction for manufacturing marijuana and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand.

Mah contends that the district court erred in determining that he was ineligible for safety-valve relief under U.S.S.G. § 5C1.2, because it applied a clearly improbable burden of proof. We agree. *See United States v. Ferryman*, 444 F.3d 1183, 1186 (9th Cir.2006) (the burden is on the defendant to prove by a preponderance of the evidence that he qualifies for safety valve relief).

The case is remanded for the district court to determine whether Mah can prove, by a preponderance of the evidence, that he qualifies for safety-valve relief. *See United States v. Nelson*, 222 F.3d 545, 550–51 (9th Cir.2000).

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.